# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| JESUS GIL-SEGURA, | § |
| *Petitioner*, | § |
| v. | § |
| KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, U.S. ATTORNEY GENERAL; TODD LYONS, ACTING DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT; MARY DE ANDA YBARRA, ICE FIELD OFFICE DIRECTOR DETENTION AND REMOVAL; AND WARDEN, ERO EL PASO CAMP EAST MONTANA, | § No. 3:26-CV-00216-LS |
| *Respondents*. | § |

## ORDER DISMISSING CASE

Upon consideration of Petitioner Jesus Gil-Segura's voluntary motion to dismiss his petition for writ of habeas corpus,[1] the Court grants the motion [ECF No. 6] and dismisses this action without prejudice. Petitioner's pending motion to transfer venue [ECF No. 5] is denied as moot.

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 19, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 6.